Opinion issued April 4, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00278-CV

____________


IN RE SUPPORTKIDS, INC., F/K/A CHILD SUPPORT ENFORCEMENT, INC.,
Relator







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Supportkids, Inc. f/k/a Child Support Enforcement, Inc., has filed a
petition for writ of mandamus complaining of Judge Cain's (1) February 12, 2002, order
compelling relator to respond to certain interrogatories, which relator claims are
overly broad and burdensome. 

 We deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Cohen, Nuchia, and Jennings.

Do not publish. Tex. R. App. P. 47.
1. The Honorable Chap Cain, III, judge of the 253rd District Court of
Chambers County, Texas. The underlying lawsuit is Cynthia Morris vs. Child
Support Enforcement, Inc., trial court cause no. 19150.